**STATE of Missouri, Respondent,**

v.

**Montea D. MITCHELL, Appellant.**

**No. WD 60870.**

Missouri Court of Appeals,
Western District.

May 20, 2003.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 1, 2003.

Application for Transfer Denied
Aug. 26, 2003.

Laura Grether Martin, Kansas City, MO, for appellant.

Andrea Mazza Follett, Assistant Attorney General, Jefferson City, MO, for respondent.

Before ELLIS, C.J.,
BRECKENRIDGE and HOLLIGER, JJ.

### ORDER

PER CURIAM.

Montea Mitchell appeals his convictions for two counts of first degree robbery, section 569.020.1(2), RSMo 2000; one count of attempted first degree robbery, sections 564.011.1 and 569.020.1(2), RSMo 2000; and three counts of armed criminal action, section 571.015.1, RSMo 2000. Since a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment of the trial court is affirmed. Rule 30.25(b).